IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| | §    CRIMINAL ACTION NO. **07-122-MPT** |
| v. | § |
| | § |
| **DAYWON DRUMMOND**, | § |
| Defendant. | § |

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO: DAVID W. THOMAS, SR., UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND TO THE WARDEN FOR GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DAYWON DRUMMOND** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said DAYWON DRUMMOND was charged with a violation of Title 18 U.S. Code, Section 922(g)(1) and 924(a)(2) for an **INITIAL APPEARANCE** on **JULY 19, 2007, at 1:00 p.m.** and for any other proceedings subsequent thereto including but not limited to bail and trial arising out of the said action, and keep him in federal custody until the end of the prosecution or sentencing, whichever comes first.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable MARY PAT Thynge, U.S. MAGISTRATE JUDGE of the District Court of the United States for the District of Delaware, this 23rd day of MAY, 2003.

CERTIFIED: 7/12/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY Beth Dunay
Deputy Clerk

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk