IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : No. 07-106-UNA |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, respectfully states:

1. On August 7, 2007, Daywon Drummond was indicted for being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2).

2. Daywon Drummond is currently serving a sentence for a violation of probation by the State of Delaware. The defendant is detained at the Howard R. Young Correctional Institution, Wilmington, Delaware.

3. The defendant is scheduled to be arraigned on th above indictment on Thursday, August 16, at 1:00 p.m. before the Honorable Mary Pat Thynge in Courtroom 6C.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Howard R. Young Correctional Institution, to bring the said defendant Daywon Drummond before this Court on August 16, 2007, at 1:00 p.m. for his an Arraignment

and to be returned to State custody by the U.S. Marshal after the Arraignment proceedings are complete.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

                By: /s/ Martin C. Meltzer
                    Martin C. Meltzer
                    Special Assistant United States Attorney

Dated:  August 8, 2007

**IT IS SO ORDERED** this _____ day of _____, 2007.

                    _____
                    HONORABLE MARY PAT THYNGE
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-106-UNA |
| ) | |
| DAYWON DRUMMOND, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Martin Meltzer, Special Assistant United States Attorney for the District of Delaware, hereby certify that on the 8th day of August 2007, I caused to be electronically filed **Petition For Writ of Habeas Corpus Ad Prosequendum** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify a copy of the foregoing notice served electronically on counsel of record as follows:

Edson Bostic, Esquire
Office of the Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

Martin Meltzer
Special Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277