IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>**DAYWON DRUMMOND**,<br>    Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. **07-106-UNA**<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, SR., UNITED STATES MARSHAL, DISTRICT OF DELAWARE, AND TO THE WARDEN FOR HOWARD R. YOUNG CORRECTIONAL INSTITUTION, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DAYWON DRUMMOND** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL INSTITUTION and who is a defendant in the above-entitled cause, in which cause the said **DAYWON DRUMMOND** was charged with a violation of Title 18 U.S. Code, Section 922(g)(1) and 924(a)(2) for an **ARRAIGNMENT** on **AUGUST 16, 2007 at 1:00 p.m.** and at the conclusion of the hearing to return the said **DAYWON DRUMMOND** to state custody .

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable MARY PAT THYNGE, U.S. MAGISTRATE JUDGE of the District Court of the United States for the District of Delaware, this 9th  day of August 2007

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

FILED
AUG  9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE