PS 42
(Rev 07/93)

# United States District Court

### DISTRICT OF DELAWARE

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | (CR07-106) |
| | ) | |
| Daywon Drummond | ) | Case No. 07-122M-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Daywon Drummond, have discussed with Craig H. Carpenter, Pretrial Services/Probation Officer, modification of my release as follows:

1. The defendant shall participate in a program of mental health treatment, which may include testing, as directed by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/19/07   _____  9/19/07
Signature of Defendant      Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   9-19-07
Signature of Defense Counsel   Date

[✓] The above modification of conditions of release is ordered, to be effective on  10/3/07

[ ] The above modification of conditions of release is not ordered.

_____   10/3/07
Signature of Judicial Officer   Date

FILED
OCT 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE