IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106 JJF |
| DAYWON DRUMMOND, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 25);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Thursday, November 1, 2007, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 17, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE