IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING**

    Defendant, Daywon Drummond, by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court for an Order continuing the evidentiary hearing in this case.

    In support of this motion, the defense submits as follows:

    1.    An evidentiary hearing in this case is scheduled for November 1, 2007 at 12:00 p.m.

    2.    Defense counsel has a client who is being flown in from Texas at the Court's expense for court proceedings and other matters on November 1, 2007 . It would be extraordinarily difficult to reschedule this matter at this time. Therefore, due to this conflict, a brief continuance consistent with the courts calender is respectfully requested.

    3.    Assistant United States Attorney Martin Meltzer, who is handling the case for the government, is not opposed to this request.

WHEREFORE, Mr. Drummond respectfully requests that the Court continue the evidentiary hearing in this matter to a date consistent with the courts calender.

        Respectfully Submitted,

        /s/
        Luis A. Ortiz, Esquire
        Assistant Federal Public Defender
        704 King Street, Suite 110
        Wilmington, Delaware  19801
        (302) 573-6010
        ecf_de@msn.com
        Attorney for Defendant Daywon Drummond

DATED:  October 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| | : | |
| DAYWON DRUMMOND, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Drummond's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2007, that Defendant's evidentiary hearing is rescheduled for the _____ day of _____, 2007 at ____ am./p.m.

 

 

_____
The Honorable Joseph J. Farnan
United States District Court