IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      :
                               :
       Plaintiff,              :
                               :
v.                             :   Criminal Action No. 07-106 JJF
                               :
DAYWON DRUMMOND,               :
                               :
       Defendant.              :

### O R D E R

WHEREAS, Defendant has filed a Motion For Continuance of Evidentiary Hearing (D.I. 28);

WHEREAS, Plaintiff does not oppose the request;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Evidentiary Hearing set for November 1, 2007 is CANCELLED.

2) An Evidentiary Hearing will be held on **Tuesday, November 20, 2007, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 25, 2007                    /s/ Joseph J. Farnan Jr.
    DATE                        UNITED STATES DISTRICT JUDGE



FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE