

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 N. Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

November 2, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
United States Courthouse
844 North King Street, 4th Floor
Wilmington, DE 19801

    Re:   **United States v. Daywon Drummond**
           **Criminal Action No.   07-106-JJF**

Dear Judge Farnan:

    A Motion to Suppress, in the above reference case, was originally scheduled for November 1, 2007. Upon the defendant's motion, it was rescheduled to November 20, 2007. I will be on a prepaid vacation in Spain during the period from November 14th through the 23rd.

    In consideration of the above, I am respectfully requesting an alternative date for the Motion to Suppress to be heard in United States v. Drummond. I have conferred with counsel for the defendant, Luis Ortiz, Esquire, and he does not oppose a postponement.

    Thank you for your kind consideration.

                                        Sincerely,

                                        COLM F. CONNOLLY
                                        United States Attorney

                            BY: */s/ Martin C. Meltzer*
                                 Martin C. Meltzer
                                 Special Assistant United States Attorney