

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700      (302) 573-6277
P.O. Box 2046                          FAX (302) 573-6220
Wilmington, Delaware 19899-2046

November 14, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
United States Courthouse
844 North King Street
Wilmington, DE 19801

    Re:   **United States v. Daywon Drummond**
           **Criminal Action No.   07-106-JJF**

Dear Judge Farnan:

    Enclosed for your review please find a Joint Motion to Continue the Evidentiary hearing scheduled for November 20, 2007 at 11:00 am. I am available from November 26, 2007 thereafter.

                                        Yours very truly,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                BY: _/s/ Martin C. Meltzer_____
                                        Martin C. Meltzer
                                        Special Assistant United States Attorney

Enclosure

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           : | |
| :                                     | |
| Plaintiff,           : | |
| :                                     | |
| v.                   : | Criminal Case No.  07-106 JJF |
| :                                     | |
| DAYWON DRUMMOND,     : | |
| :                                     | |
| Defendant.           : | |

## JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney, and Luis Ortiz, Esq., counsel for defendant Daywon Drummond, respectfully request a continuance in this matter pursuant to 18 U.S.C. § 3161(h)(1)(A) & (8)(A).  In support of this motion, the parties aver as follows:

1. An evidentiary hearing is scheduled for November 20, 2007.

2. The defendant will be receiving a mental examination which may have a substantial impact on resolving this matter.

3. Depending upon the results of the defendant's examination and other factors the parties maybe able to resolve this matter prior to trial, and therefore are respectfully requesting this Honorable Court to grant a postponement of the evidentiary hearing.

3. Additionally, counsel for the government will be on a prepaid family vacation on November 20, 2007 and has with due diligence informed the Court.  Counsel for the government

will be available from November 26, 2007 forth.

4. The parties respectfully request a continuance of the hearing for 30 days in the interest of justice and the possibility of a pre-trial resolution.

5. The defendant explicitly waives any and all rights involving a speedy trial based upon this requested continuance.

WHEREFORE, it is respectfully submitted by the parties that the ends of justice served by a continuance in this matter outweigh the best interests of the public and the defendant in a speedy trial and that any period of continuance is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C.§ 3161(h)(8)(A). A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

*Luis Ortiz signed for*
Luis Ortiz, Esq.
Attorney for Defendant

BY: *Martin C. Meltzer*
Martin Meltzer
Special Assistant United States Attorney

Dated: November 14, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Criminal Case No. 07-106-JJF |
| : | |
| **DAYWON DRUMMOND,** : | |
| : | |
| **Defendant.** : | |

## ORDER

And now, this_____day of November 2007, the Court finds that, for the reasons stated in the JOINT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, the ends of justice to be served by granting a continuance in this matter outweigh the interests of the public and the defendant in a speedy trial, and therefore, pursuant to Title 18, United States Code, Section 3161(h)(1) & (8)(A),

**IT IS HEREBY ORDERED** that a continuance from November 20, 2007 through _____, is granted in this case, and that this period of the continuance will be excluded in computing the time within which the trial must commence.

 _____
 The Honorable Joseph J. Farnan, Jr.
 United States District Court