IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-106 JJF |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court granted the Joint Motion for Continuance in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) An Evidentiary Hearing will be held on **Friday, December 14, 2007 at 9:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The time between November 14, 2007 and December 15, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

November 20, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE