IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 07-106 JJF |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

### RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE

The United States of America, by its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney, respectfully request this Honorable Court to grant the defendant's Motion for a Continuance for thirty days excluding the thirty days pursuant to 18 U.S.C. § 3161(h)(1)(F) & (H). In support of this motion, the parties aver as follows:

1. An evidentiary hearing is scheduled for December 10, 2007 and the defense has requested a continuance with no objection by the government.

2. The parties believe this matter will resolve itself prior to trial and the additional time is needed to resolve the details.

3. The defendant is not incarcerated and resides with his family.

4. The defendant explicitly waives any and all rights involving a speedy trial based upon this requested continuance.

WHEREFORE, it is respectfully requests that the Court grant a continuance in this matter and that any period of continuance is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C.§ 3161(h)(1)(F)&(H).  A proposed Order is attached.

                                       Respectfully submitted,

                                       COLM F. CONNOLLY
                                       United States Attorney

                                       Martin C. Meltzer
                                       Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 07-106 JJF |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

### O R D E R

And now, this _____ day of December 2007, the Court finds that, for the reasons stated in the above MOTION FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, the ends of justice to be served by granting a continuance in this matter, pursuant to Title 18, United States Code, Section 3161(h)(1)(F)&(H),

**IT IS HEREBY ORDERED** that a continuance from December 14, 2007 through _____, is granted in this case, and that this period of the continuance will be excluded in computing the time within which the trial must commence.

                                                                                The Honorable Joseph J. Farnan, Jr.
                                                                                United States District Court