IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : | |
| Defendant. | : | |

## ORDER

In response to Mr. Drummond's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this __10__ day of __January__, 2008, that Defendant's Evidentiary Hearing is CONTINUED FOR 30 DAYS AS REQUESTED. IF NECESSARY COUNSEL SHALL REQUEST THAT HEARING BE RESCHEDULED.

_____
The Honorable Joseph J. Farnan JR.
United States District Court

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE