IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-106 JJF |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the January 2008 Evidentiary Hearing was postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Friday, February 8, 2008, at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 22, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
JAN 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE