IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : : | |
| Defendant. | : : | |

**<u>MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING</u>**

Defendant, Daywon Drummond, by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court for an Order continuing the Evidentiary Hearing in this case.

In support of this motion, the defense submits as follows:

1. An Evidentiary Hearing in this case is currently scheduled for February 8, 2008 at 10:00 a.m.

2. Defense counsel and the government are very near achieving a non-trial disposition in this matter, and need additional time to finalize the language that is to be included in the proposed Plea Agreement.

3. Daywon Drummond was scheduled to undergo a critical mental health evaluation prior to finalizing any proposed plea agreement.  Unfortunately, Mr. Drummond's evaluation has had to be rescheduled until the week of February 11, 2008 and therefore will not be completed prior to the scheduled evidentiary hearing.

3. Assistant United States Attorney, Martin Meltzer, who is handling the case for the government, is not opposed to this continuance request.

**WHEREFORE**, Mr. Drummond respectfully requests that this Court continue the Evidentiary Hearing in this matter for thirty days consistent with the Court's calender.  Once this matter is resolved, the parties will notify the Court so that a Change of Plea Hearing may be scheduled.

Respectfully Submitted,

/s/
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Daywon Drummond

DATED: February 5, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : | |
| Defendant. | : | |

## **ORDER**

In response to Mr. Drummond's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Defendant's Evidentiary Hearing is rescheduled for the _____ day of _____, 2008 at ____ am./p.m.

　

The Honorable Joseph J. Farnan
United States District Court