IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : | |
| Defendant. | : | |

## ORDER

In response to Mr. Drummond's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this ___6___ day of ___February___, 2008, that Defendant's Evidentiary Hearing is rescheduled for the ___7___ day of ___March___, 2008 at ___8:30___ am./~~p.m.~~

                                                          _____
                                                          The Honorable Joseph J. Farnan Jr.
                                                          United States District Court



FILED

FEB 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE