IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF EVIDENTIARY HEARING**

Defendant, Daywon Drummond, by and through his undersigned counsel, Luis A. Ortiz, hereby moves the Court for an Order continuing the Evidentiary Hearing in this case.

In support of this motion, the defense submits as follows:

1. An Evidentiary Hearing in this case is currently scheduled for March 7 , 2008 at 8:30 a.m.

2. Defense counsel and the government are near achieving a non-trial disposition in this matter, and need additional time to finalize the language that is to be included in the proposed Plea Agreement.

3. Daywon Drummond was scheduled to undergo a critical mental health evaluation prior to finalizing any proposed plea agreement. Unfortunately, due to the snow storm on February 22, 2008, Mr. Drummond's evaluation has had to be rescheduled until March 6, 2008. Therefore, it will not be completed prior to the scheduled evidentiary hearing. Defense counsel apologizes for this unfortunate delay.

3. Defense counsel has spoken with Assistant United States Attorney, Douglas McCann,

and he has informed that the government does not oppose this request for a continuance.

**WHEREFORE**, Mr. Drummond respectfully requests that this Court continue the Evidentiary Hearing in this matter for thirty days consistent with the Court's calender. Once this matter is resolved, the parties will notify the Court so that a Change of Plea Hearing may be scheduled.

Respectfully Submitted,

/s/
Luis A. Ortiz, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware  19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Daywon Drummond

DATED: February 29, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| | : | |
| DAYWON DRUMMOND, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

In response to Mr. Drummond's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this _____ day of _____, 2008, that Defendant's Evidentiary Hearing is rescheduled for the _____ day of _____, 2008 at ____ am./p.m.

 

 

_____
The Honorable Joseph J. Farnan
United States District Court