IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND, | : |
| Defendant. | : |

### ORDER

In response to Mr. Drummond's Motion for Continuance of Evidentiary Hearing, this Court HEREBY ORDERS on this  29th  day of  February , 2008, that Defendant's Evidentiary Hearing is rescheduled for the ~~day of~~  TBD  ~~, 2008 at~~  am./p.m.

_____
The Honorable Joseph J. Farnan
United States District Court



FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE