IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :    Criminal Action No. 07-106 JJF
                                   :
DAYWON DRUMMOND,                   :
                                   :
          Defendant.               :

## O R D E R

WHEREAS, the March 2008 Evidentiary Hearing was postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **April 25, 2008, at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

  March 3, 2008
     DATE                          UNITED STATES DISTRICT JUDGE

FILED

MAR  4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE