IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND | : | |
| Defendant. | : | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant, Daywon Drummond, by and through his undersigned counsel, Luis A. Ortiz, hereby moves this Court for an Order modifying his conditions of release.

In support thereof, Mr. Drummond avers as follows:

1.   On or about July 24, 2007, Daywon Drummond was released following a detention hearing. As a condition of his release, Mr. Drummond was placed on home confinement.

2.   Daywon Drummond seeks a modification of his release conditions by lifting the requirement of home confinement with electronic monitoring. Mr. Drummond has numerous child care, counseling, and work related reasons which merit this request.

3.   Assistant United States Attorney, Edmond Falgowski, is not opposed to this request. United States Probation Officer, Craig H. Carpenter, is also not opposed to this request.

**WHEREFORE**, it is respectfully requested that this Court enter an Order modifying the conditions of Mr. Drummond's release permitting him to no longer be on home confinement.

Respectfully submitted,

/s/ Luis A. Ortiz
LUIS A. ORTIZ
Assistant Federal Defender
Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Attorney for Defendant Daywon Drummond

DATE: April 24, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND | : |
| Defendant. | : |

### **O R D E R**

**AND NOW,** this _____ day of _____, 2008, it is hereby **ORDERED** that the pre-trial release Order for Daywon Drummond is modified to lift the requirement of home confinement with electronic monitoring.

BY THE COURT:

_____
Honorable Joseph J. Farnan, Jr.
United States District Court