Filed in open court this 25th day of April, 2008.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 07-106 JJF |
| ) | |
| DAYWON DRUMMOND, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and the defendant, Daywon Drummond, by and through his attorney, Luis A. Ortiz, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall enter a guilty plea to the one count Indictment, charging Possession of a Firearm by a Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), carrying the maximum penalty of ten years incarceration, a $250,000 fine, three years supervised release, and a $100 special assessment.

2. The elements of Possession of a Firearm by a Felon are as follows:

    a. The defendant possessed a firearm;

    b. The defendant's possession was knowing;

    c. At the time of the defendant's possession, the firearm had ~~affected~~ interstate commerce, and;

FILED

APR 2 5 2008

U S DISTRICT COURT
DISTRICT OF DELAWARE

    d.    At the time of the defendant's possession he was a convicted felon.

3.    Provided that the United States does not learn after the defendant's entry of a guilty plea of conduct by the defendant inconsistent with acceptance of responsibility, the United States agrees to recommend at sentencing a two-level reduction for acceptance of responsibility under U.S.S.G. § 3E1.1(a). If the defendant's offense level is 16 or greater, the United States will move for an additional one point reduction, pursuant to U.S.S.G. § 3E1.1(a) and (b).

4.    The defendant agrees to forfeit to the United States any interest he may have in the Crescent Firearms Company shotgun referenced in the Indictment.

5.    The defendant understands that the District Court must consider the United States Sentencing Guidelines and the factors set forth in 18 U.S.C. § 3553(a) in determining an appropriate sentence. Based on the Psycho-forensic Evaluation, dated April 21,2008, and made available the United States by the defendant, and provided that the Government does not learn of information inconsistent with that evaluation, the United States agrees it will not oppose a request by the defendant for a departure from the applicable Guidelines range to a non-custodial sentence, based on diminished capacity, U.S.S.G. § 5K2.13, and based on a "heartland" departure, §5K2.0. The defendant understands, however, that the ultimate determination of an appropriate sentence will be up to the sentencing judge. The Court may impose a sentence which exceeds, falls below, or is contained within the sentencing range prescribed by the sentencing guidelines. The defendant expressly acknowledges that if the Court imposes a sentence outside the range set forth in the sentencing guidelines, or otherwise different than the defendant expected, or contrary to the recommendation of his attorney or the United States, the defendant will not be allowed to withdraw his guilty plea on that basis.

6.   It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

|  |  |
|---|---|
| /s/ Luis A. Ortiz<br>Luis A. Ortiz, Esquire<br>Attorney for Defendant | COLM F. CONNOLLY<br>United States Attorney<br><br>By: /s/ Edmond Falgowski<br>Edmond Falgowski<br>Assistant United States Attorney |
| /s/ Daywon Drummond<br>Daywon Drummond<br>Defendant |  |

Dated: 4-25-08

AND NOW, this 25 day of April, 2008, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

/s/ Joseph J. Farnan, Jr.
Honorable Joseph J. Farnan, Jr.
United States District Court

3