IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-106-JJF |
| DAYWON DRUMMOND | : |
| Defendant. | : |

**ORDER**

AND NOW, this _____ day of _April_____, 2008, it is hereby **ORDERED** that the pre-trial release Order for Daywon Drummond is modified to lift the requirement of home confinement with electronic monitoring.

BY THE COURT:

_____
Honorable Joseph J. Farnan, Jr.
United States District Court



FILED

APR 25 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE